1st ADVANTAGE BANK
240 SLAT LICK RD
Saint Peters, MO 63376

A to Z Laminating Specialists
1 Quality Court
Wentzville, MO 63385

A-1 LIGHTNING PROTECTION
11519 MOONSTONE CT
Saint Louis, MO 63146

AALCO Wrecking
1700 N. Lindbergh Blvd.
Saint Louis, MO 63132

Accurate Electric
512 Marshall Road
Valley Park, MO 63088

ACME Glass Corp
4243 W Dr Martin Luther King
Saint Louis, MO 63113

Acoustical Ceiling Specialists
9 WEST INDUSTRIAL DR.
O Fallon, MO 63366

Acoustical Ceilings INc.
920 Hemsath Road
Saint Charles, MO 63303

AEDIFICA CASE ENGINEERING
796 MERUS CT
Fenton, MO 63026

AGERS HEATING & AIR CONDITIONING
64 BOONE HILLS DRIVE
Saint Peters, MO 63376

AJ SHERMAN PLUMBING CO., LLC
344 Villa Duschene Drive
Warrenton, MO 63383

Akron Electric Company
3935 Bayless Ave
Saint Louis, MO 63125

ALL AMERICAN PAINTING CO
9400 Irvington Avenue
Saint Louis, MO 63134

Anderson Electric
3501 6th St
Hwy W
Springfield, IL 62703

Anderson Engineering
2014 W. Woodland
Springfield, MO 65807

Apex Construction Systems
118 NW Business Park Lane
Riverside, MO 64150

Baxter Farm & Nurseries
3411 CREVE COEUR MILL ROAD
Saint Louis, MO 63146

Bazan Painting
1273 North Price Road
Saint Louis, MO 63132

BCC Partners LLC
c/o Joe Nicpon
5091 Baumgartner Road
Saint Louis, MO 63129

BEDROCK CONCRETE
19968 W 157TH STREET
Olathe, KS 66062

Bell Masonry
4121 83rd Street, Suite 151
Mission, KS 66205

BEN F. BLANTON CONSTRUCTION
550 Turner Blvd.
Saint Peters, MO 63376

Berkeley Lumber
9330 Natural Bridge Road
Saint Louis, MO 63134

Bermann Rosco Plumbing
56 Empire Drive
Belleville, IL 62220

Bethalto Glass
223 S. Prairie
PO Box 30
Bethalto, IL 62010

Bi-State Fire Protection
241 Hughes Lane
Saint Charles, MO 63301

BIRKEL ELECTRIC
652 Trade Center Blvd.
Chesterfield, MO 63005

Bohn Contracting
3808 Rooster Ridge Lane
Defiance, MO 63341

Boss
6375 Cedar Springs Road
Cedar Hill, MO 63016

Boyer Fire Protection
5555 West Park Avenue
Saint Louis, MO 63110

BRAUER SUPPLY COMPANY
1218 SOUTH VANDEVENTER
Saint Louis, MO 63110

BROTHERS GLASS & GLAZING, LLC
1036 Liberty Industrial Drive
O Fallon, MO 63366

Bucheit Concrete
835 Westwood Industrial Park Drive
Sutie 201
Saint Charles, MO 63304

Buchholz Interiors
58 Algana Court
Saint Peters, MO 63376

budget Glass & Door
1378 Ferguson Avenue
Saint Louis, MO 63133

Budrovich Contracting
10328 Lake Bluff Drive
Saint Louis, MO 63123

Builder's Bloc Contracting
#1 McBridge & Son Center Drive
Chesterfield, MO 63005

Building Erection Services
3801 Raytown Road
Kansas City, MO 64129

C & B PAVING, INC.
139 Brown Road
Saint Peters, MO 63376

Camp Electric & Heating
3133 Washington Avenue
Alton, IL 62002

Capital Signs & Auwnings
902 NW Main Street
Bunkie, LA 71322

CARDMEMBER SERVICES
PO BOX 6294
Carol Stream, IL 60197-6294

Carlsons Barnwood Company
8066 North 1200 Avenue
Cambridge, IL 61238

CARPENTERS BENEFIT OFFICE
1419 HAMPTION AVE
Saint Louis, MO 63139

CCIMW
1810 Scherer Parkway
Saint Charles, MO 63303

CHELTENHAM CONSTRUCTION SERVICES
PO Box 1654
Washington, MO 63090

Chic Lumber
PO Box 490
Saint Peters, MO 63376

CITIZENS ONE AUTO FINANCE
PO Box 42113
Providence, RI 02940

CITY ELECTRIC SUPPLY
PO Box 1006
Wilbraham, MA 01095

city Wide Sheet Metal
2820 Roe Lane
Suite G
Kansas City, KS 66103

COMARCO, ST LOUIS, INC
255 Northwest Blvd.
Fenton, MO 63026

Division 4 Masonry
PO Box 24125
Overland Park, KS 66283


DREXEL TECHNOLOGIES
60 PROGRESS PKWY
Maryland Heights, MO 63043


DUBOIS CONSTRUCTION
8312 E. 104th Terrace
Kansas City, MO 64134


Duronotic Door
132 Workman Court
Eureka, MO 63025

E L Pruitt
PO Box 3306
Springfield, IL 62708

E Meier Contracting
860 Westwood Industrial Court
Saint Charles, MO 63304


EDWARDS STEEL SOLUTIONS
4728 SPOTTSWOOD AVE, #127
Memphis, TN 38117

EKON BENEFITS
4940 WASHINGTON BLVD
Saint Louis, MO 63108

ELASTIZELL
PO Box 267
Valley Park, MO 63088

EMCO Refrigeration
10200 Page Industrial Blvd.
Saint Louis, MO 63132

EMPIRE FENCE & CUSTOM IRON WORKS
4001 Taft Ave.
Saint Louis, MO 63116

Engineering Solutions
50 SE 30th Street
Lees Summit, MO 64082

Enskat Mechanicl
604 N. Main Street
Smithton, IL 62285

ENTERPRISE BANK & TRUST
150 N. Meramec
Saint Louis, MO 63105

ENTERPRISE RENT A CAR
11820 LACKLAND RD
Saint Louis, MO 63146-4206

Evans-Mason
1021 South Grand Avenue
Springfield, IL 62703

EVERGY, INC
PO BOX 418679
Kansas City, MO 64141-9679

FABICK CAT
1 FABICK DRIVE
Fenton, MO 63026

FAMILY SUPPORT PAYMENT CENTER
PO BOX 109001
Jefferson City, MO 65110-9001

Fatboy Electric
PO Box 300198
Kansas City, MO 64130

Federal Steel & Erection
206 E. Alton Ave.
East Alton, IL 62024

FENCE & DECK DEPOT
1432 SOUTH DR
Saint Charles, MO 63303


FINCH PLUMBING CO., INC.
13160 Taussig Avenue
Bridgeton, MO 63044

Fischer Mechanical
4053 Ramona Lane
Saint Charles, MO 63304

Fixture Concepts
1110 Mid Rivers Industrial Drive
Saint Peters, MO 63376

FLOORING SYSTEMS
4130 Meramec Bottom Road
Saint Louis, MO 63129

FOREMAN FABRICATION
4605 MCREE AVE
Saint Louis, MO 63110


Friend Acoustical Ceiling
7696 Jim Weber Road
Eureka, MO 63025


FRISELLA NURSERY
550 HWY F
Defiance, MO 63341

Fronabarger Plastering
PO Box 137
High Ridge, MO 63049

G&G Resinous Flooring
PO Box 26
Bonnots Mill, MO 65016

GARTLAND INC
7927 BIG BEND BLVD
Saint Louis, MO 63119

Geissler Roofing
612 S. 3rd Street
Belleville, IL 62220

George Weis Co
101 E. White
Millstadt, IL 62260

Geotechnology
11816 Lackland Road Suite 150
Saint Louis, MO 63146

Glasstek Glazing
26 Patmos
Saint Peters, MO 63376

GOLEY INSULATION, INC.
PO Box 309
1707 Bluffview Drive
Dupo, IL 62239

H & H SHEET METAL
411 ST LOUIS AVE
Valley Park, MO 63088

H&M Backhoe Service
1522 Morgan Street
Belleville, IL 62226

Harbinger Concrete
1520 E Douglas Ave Ste 100
Wichita, KS 67214

Hauser Mechanical
1430 Mid Rivers Industrial Drive
Saint Peters, MO 63376

Hayden Wrecking
4201 St. Clair Ave
East Saint Louis, IL 62203

HOLT ELECTRICAL SUPPLIES
1718 W TERRA LN
O Fallon, MO 63366

HORTON AUTOMATICS
4242 BALDWIN BLVD
Corpus Christi, TX 78405

Hubert Plumbing & Heating
1609 North Belt East
Belleville, IL 62221

Hyatt Excavating & Paving
523 S. Virginia Ave.
Belleville, IL 62220

HYDE SHEET METAL
10712 Kahlmeyer
Saint Louis, MO 63132

Icon Constrctuion Services
8220 Brentwood Industrial Drive
Saint Louis, MO 63144

INTEGRITY CONCRETE CUTTING
1195 N MADISON AVE
Greenwood, IN 46142

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 21126
Philadelphia, PA 19114

INTERNAL REVENUE SERVICE
Ogden, UT 84201-0005

JACOBSMEYER CONSTRUCTION COMPANY
18118-P CHESTERFIELD AIRPORT RD
Chesterfield, MO 63005

JAHNSEN MASONRY CONTRACTORS
PO Box 379
Cedar Hill, MO 63016

JARRELL CONTRACTING
4208 Rider Trail North
Earth City, MO 63045

JDS MASONRY
50 KARYDAN ST
Saint Charles, MO 63301

JK Woods Coatings
16359 Trower Oaks Trail
Wright City, MO 63390

Joiner Sheet Metal
205 Madison Street
Highland, IL 62249

Jones Custom Supply
PO Box 127
211 W. Mains Street
Sheldon, MO 64784

JW TERRILL — MARSH & MCLENNAN
PO BOX 505311
Saint Louis, MO 63150

K & K SUPPLY
535 N HWY DR
Fenton, MO 63026

K&E Flatwork
5100 NW Waukomis Drive, Ste. H
Kansas City, MO 64151

Kane Fire Protection
170 E. Alton Avenue
East Alton, IL 62024

Kardell Plumbing
5624 South Compton
Saint Louis, MO 63111

KARSTEN PLUMBING
148 CHESTERFIELD INDUSTRIAL BLVD, #A
Chesterfield, MO 63005

KAW Valley Companies
5600 Kansas Ave.
Kansas City, KS 66106

KB INSTALL
1702 W TERRA LANE
O Fallon, MO 63366

KC Cleaning Services
208 W Olive Street
Raymore, MO 64083

Kelly Glass
2400 SW Adams
Peoria, IL 61602

KINNEY CONTRACTORS
19342 E FRONTAGE RD
Raymond, IL 62560

LABORMAX STAFFING
PO BOX 900
Kearney, MO 64060

Lami Wood Products
#1 Lami Industrial Drive
Saint Charles, MO 63304

Landgrebe Interior Construction
2855 Singer Avenue
Springfield, IL 62703

Langhauser Sheet Metal
120 Matter Drive
Highland, IL 62249

LIBERTY FENCE
325 MACARTHUR DR
Cottage Hills, IL 62018

LINDBERG WATERPROOFING
8801 NATURAL BRIDGE RD
Saint Louis, MO 63121

Lion Petroleum
Alliance Petroleum
4251 Lindell Blvd.
Saint Louis, MO 63108

Little Joe's Asphalt
PO Box 516
Bonner Springs, KS 66012

Locknet
100 Courchell Drive
Nicholasville, KY 40356

LONNIE JERRY ONEAL
7 SIEGEL CT
Wellington, NV 89444

Lumenomics
8333 Green Meadows Drive
Suite B
Lewis Center, OH 43035

M. TAYLOR TRUCKING
4154 TENTCHLER STATION RD
Belleville, IL 62221

MAAG GEOTECHNICAL SERVICES
11159C TOWNE SQUARE
Saint Louis, MO 63123

MAR-II CONCRETE COMPANY
220 INTERSTATE DRIVE
Suite 105
Wentzville, MO 63385

Marschel Wrecking
1601 Larkin Williams Road
Fenton, MO 63026

MARSH & MCCLENNON AGENCY
PO BOX 505311
Saint Louis, MO 63150

MARSH RISK CONSULTING
MARSH & MCLENNAN AGENCY, LLC
PO BOX 505311
Saint Louis, MO 63150-5311

Martin Heck Brick
8066 North 1200 Avenue
Cambridge, IL 61238

Martin Steel Fabrication
508 South Railway
Mascoutah, IL 62258

MATHENY HEATING AND COOLING
6317 OLIVE STREET ROAD
Saint Louis, MO 63130

MATTHEW E. KURTZ NURSERY & TOP
2312 Steamboat Hollow Lane
Glencoe, MO 63038

Mayes Plumbing
501 S. McCleary Road
Suite A
Excelsior Springs, MO 64024

MCDONNELL BUILDING SEALANTS
10 St. Ann Court
Old Monroe, MO 63369

McFry Excavating
121 Creve Coeur Ave.
Ballwin, MO 63011

MCI Mechanical Contractors
10431 E Watson Road
Saint Louis, MO 63127

Merlo Plumbing
11041 Gravois Industrial Drive
Saint Louis, MO 63128

MIDWEST AUDIO SPECIALIST
180 CHESTERFIELD INDUSTRIAL BLVD
Chesterfield, MO 63005

Midwest Glass & Glazing
3909 Mission Road
Kansas City, KS 66103

Midwest Service Group
560 Turner Blvd.
Saint Peters, MO 63376

MILLER GLASS & GLAZING
100 Park Central Blvd South
Pompano Beach, FL 33064

Missouri Department of Revenue
Attn: Bankruptcy Unit
P.O. Box 475
Jefferson City, MO 65105

Missouri Division of Employment Security
PO Box 59
Jefferson City, MO 65104

MJ PRODUCTS COMPANY
403 Biltomore Drive
Fenton, MO 63026

MO DEPARTMENT OF REVENUE
301 WEST HIGH STREET
Jefferson City, MO 65101

MOBILE MINI
P.O. Box 650882
Dallas, TX 75265

Morrissey Contracting
703 Southmoor Place
PO Box 67
Godfrey, IL 62035

MUELLER PROST PC
7733 FORSYTH BLVD
SUITE 1200
Saint Louis, MO 63105

NEGWER MATERIALS
49 Airport Rd.
Saint Louis, MO 63135

Neumayer Equipment
PO Box 419161
Saint Louis, MO 63141

Next To Nature Landscape
11785 Conley Street
Olathe, KS 66061

Niehaus Constrction
4151 Sarpy Avenue
Saint Louis, MO 63110

NORTHWESTERN MUTUAL
720 EAST WISCONSIN AVE
Milwaukee, WI 53202-4797

NYSTROM BUILDING PRODUCTS
9300 73RD AVE N
Minneapolis, MN 55428

O J Laughlin Plumbing
306 St. Louis Avenue
Valley Park, MO 63088

O Voorhees Painting
575 Rudder Road
Fenton, MO 63026

OFFICE DEPOT
PO Box 88040
Chicago, IL 60680

OFFICE SOURCE INC.
719 Rudder Road
Fenton, MO 63026

OLD MONROE LUMBER
1380 MEIER RD
Old Monroe, MO 63369

Orf's Drywall Systems
PO Box 406
Wentzville, MO 63385

PAC-VAN
9155 Harrison Park Ct.
Indianapolis, IN 46216

PALMYRA PROFESSIONAL LAWN
1939 WENTZVILLE PARKWAY. #335
Wentzville, MO 63385

PAYMENT PROCESSING CENTER
PO BOX 9001951
Louisville, KY 40290-1951

PERFECTION STEEL ERECTION
1334 Lonedell Road
Arnold, MO 63010

Phaze One Electric
19980 W 162nd St
Olathe, KS 66062

Pickett Ray & Silver
22 Richmond Center Court
Saint Peters, MO 63376

Piper Construction
1900 NW South Other Road, Ste. 20
Blue Springs, MO 64015

Pollock Landscaping
12101 Hwy 72
Ironton, MO 63650


PRECISION COMPANY
8407 Pinehurst Dr.
Tampa, FL 33615


Premier Contracting
3940 S Ferree Street
Kansas City, KS 66103


PREMIER POOLS & SPAS
700 CROWN INDUSTRIAL CT, UNIT M
Chesterfield, MO 63005


PRIME BUILDING AND CONSTRUCTION
7777 Bonhomme Avenue
Suite 2010
Saint Louis, MO 63105

Pristine Clean
34 Jacobs Court East
Saint Peters, MO 63376

Pro Design Contractors
28349 Pleasant Valley Road
Paola, KS 66071


Professional Irrigation Systems
304 TCW Court
Lake Saint Louis, MO 63367

Professional Service Industries
PO Box 74008418
Chicago, IL 60674

Profile Cabinet & Design
7400 E. 12th Street
Kansas City, MO 64126

Pyramid Electric
300 Monticello Place
Fairview Heights, IL 62208

PYROTECH
9483 Dielman Rock Island Industrial Dr.
Saint Louis, MO 63132

QMI
PO Box 775430
Chicago, IL 60677

Queen City Awning
7225 East Kemper Road
Cincinnati, OH 45249

R & B CLEANING, LLC
2938 Aintree
Saint Charles, MO 63303

R&F Tile & Marble
1372 Timothy Ridge Drive
Saint Charles, MO 63304

R.P. LUMBER CO., INC
3523 Highway 162
Granite City, IL 62040

Raymond Construction
1652 Dave Valley Way
O Fallon, MO 63366

RED CEDAR STEEL
4621 Domain Drive
Menomonie, WI 54751

REGENCY CONTRACTORS
818 Lonestar Drive
O Fallon, MO 63366

Region Welding
#4 Truman Court
Union, MO 63084

REHKEMPER & SON
17817 St. Rose Road
Breese, IL 62230

RELIABLE FIRE SYSTEMS, INC.
6636 S. Highway 97
Sapulpa, OK 74066

RICHARDS CONST COMPANY
4910 GARDNER AVE
Kansas City, MO 64120

RM Nelson
27 Carnation
Belleville, IL 62221

RNC Drywall
10230 NW 57th Terrace
Kansas City, MO 64152

Roll-A-Shade
12101 Madera Way
Riverside, CA 92503

ROSCH CO, LLC
18390 Wings Corporate Drive
Chesterfield, MO 63005

RSC ELECTRIC
4440 S HIGH SCHOOL RD., SUITE A
Indianapolis, IN 46241

S&S Exteriors
991 Cedar Hills Street
Olathe, KS 66061

SCALLY WATERPROOFING
7258 DEVAONSHIRE AVE
Saint Louis, MO 63119

SCHINDLER ELEVATOR CORP
PO Box 70433
Chicago, IL 60673

SENNECA HOLDINGS
11502 CENTURY BLVD
Cincinnati, OH 45246

Skyline Structural Steel
6817 Stadium Drive
Kansas City, MO 64129

SMITHPRO COMMERCIAL PAINTING
1612 FAIRVIEW AVE
Saint Louis, MO 63132

Square One Ceilings
3664 Roads End Acres
Imperial, MO 63052

St. Charles Engieering
801 S. Fifth Street
suite 202
Saint Charles, MO 63301

St. Louis Cheet Metal
3302 Woodson Road
Saint Louis, MO 63114

St. Louis Roofing
1700 Olive Street
Saint Louis, MO 63103

ST. LOUIS SHEETMETAL CORP
3302 Woodson Raod
Saint Louis, MO 63114

ST. LOUIS STEEL CONSTRUCTION
PO Box 1782
Washington, MO 63090

Stark Truss
3284 PCR 806
Perryville, MO 63775


STATELINE 77, LLC
C/O Randi Lefko
4520 Maidson Ste. 300
Kansas City, MO 64111

STL Glazing
1039 Liberty Industrial Drive
O Fallon, MO 63366

STL Pest Control
500 Rudder Road
Fenton, MO 63026

STOCK & ASSOCIATES
257 CHESTERFIELD BUSINESS PARKWAY
Chesterfield, MO 63005

STONE, LEYTON & GERSHMAN
7733 FORSYTH BLVD, SUITE 500
Saint Louis, MO 63105

STRATUS BUILDING SOLUTIONS
1976 INNERBELT BUSINESS CENTER DR
Saint Louis, MO 63114

Stress-Cast
PO Box 126
Assaria, KS 67416

Structural System II
3257 W. Osage
Pacific, MO 63069


Stutte Tile
9807 Tesson Creek Estats Drive
Saint Louis, MO 63123

Summit Concrete
2330 NE Independnce Ave.
Lees Summit, MO 64064

Superior Truss & Panel
7592 Melton Road
Gary, IN 46403

T & R ELECTRIC
1720 Scherer Parkway
Saint Charles, MO 63303

T&R Electric
1720 Scherer Parkway
Saint Charles, MO 63303

Temp-Con
PO Box 7047
Group S
Indianapolis, IN 46207

TERRACON CONSULTANTS INC
PO Box 959673
Saint Louis, MO 63195

TERRIL & COMPANY
10777 Sunset Office Dr
Saint Louis, MO 63127

The Paintsmiths of Missouri
1612 Fairview Avenue
Saint Louis, MO 63132

THE STERLING COMPANY
5055 BAUMGARTNER RD
Saint Louis, MO 63129

Tipton Concrete Construction
2401 Timber Creek
Saint Jacob, IL 62281

Todco Mechanical
1260 SE Centrury Drive
Lees Summit, MO 64081

TRADESMEN INTERNATIONAL
11131 S TOWNE SQUARE, SUITE E
Saint Louis, MO 63123

TRUE NORTH OUTDOORS
2405 MERRIAM LN
Kansas City, KS 66106

TYCOUR KITCHEN AND BATH
730 MADISON AVE
Madison, IL 62060

UNITED RENTALS (NORTH AMERICA)
PO Box 840514
Dallas, TX 75284

UNUM LIFE INS CO
2211 Congress St.
Portland, ME 04122

UNUM Life Insurance
PO BOX 530581
Atlanta, GA 30353

VEE JAY CEMENT CONTRACTING
8053 CHIVVIS DR
Saint Louis, MO 63123

VGP UTILITY CONTRACTING INC
703 E. Veterens Memorial Hwy
Warrenton, MO 63383

Waddell Concrete
420 W. Fourth Stret
PO Box 747
Eureka, MO 63025

WALT SCHNEIDER
2235 BASTEAN ROAD
Wentzville, MO 63385

Warrenton Steel
22280 West Veterans Memorial Pkwy
Warrenton, MO 63383

WASTE CONNECTIONS OF MISSOURI
196 NW Industrial Ct.
Bridgeton, MO 63044

WEHMEYER FARMS
680 Himmel Road
Moscow Mills, MO 63362

Westhues Construction
3963 Huster Road
Saint Charles, MO 63301

WEX BANK
PO BOX 4337
Carol Stream, IL 60197-4337

Wies Drywall & Construction
11767 Lackland Williams Road
Fenton, MO 63026

Wilko Construction
14300 E US 40 Highway Suite 2
Kansas City, MO 64136

William G Cocos Co
738 Lemay Ferry Road
Saint Louis, MO 63125