| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Ben F. Blanton Construction, Inc. |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MISSOURI |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| BEDROCK CONCRETE LLC 19968 W 157th Street Olathe, KS 66062 | | | | | | $61,995.96 |
| BELL MASONRY, INC. 4121 W. 83rd Street Suite 151 Mission, KS 66205 | | | | | | $103,066.00 |
| DIVISION 4 MASONRY, INC. P.O. Box 24125 Overland Park, KS 66283 | | | | | | $66,582.60 |
| FATBOY ELECTRIC, INC. P.O. Box 300198 Kansas City, MO 64130 | | | | | | $68,228.20 |
| FINCH PLUMBING CO., INC. 13160 Taussig Avenue Bridgeton, MO 63044 | | | Contingent Unliquidated Disputed | | | $67,995.50 |
| HAYDEN WRECKING 4201 St. Clair Avenue East Saint Louis, IL 62203 | | | | | | $142,200.00 |
| KAW VALLEY COMPANIES, INC. 5600 Kansas Avenue Kansas City, KS 66106 | | | | | | $108,633.91 |

| Official form 204 | Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims | page 1 |
|---|---|---|
| Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com | | Best Case Bankruptcy |

| Debtor | Ben F. Blanton Construction, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **MCI MECHANICAL CONTRACTORS, IN**  10431 E. Watson Road  Saint Louis, MO 63127 | | | | | | $97,164.42 |
| **MIDWEST GLASS & GLAZING**  3909 Mission Road  Kansas City, KS 66103 | | | | | | $82,608.25 |
| **PHAZE ONE ELECTRIC LLC**  199980 W. 162nd Street  Olathe, KS 66062 | | | | | | $251,153.00 |
| **PIPER CONSTRUCTION LLC**  1900 NW South Outer Road, Ste 20  Blue Springs, MO 64015 | | | | | | $85,287.60 |
| **PREMIER CONTRACTING, INC.**  3940 S. Ferree Street  Kansas City, KS 66103 | | | | | | $84,552.84 |
| **PRO DESIGN CONTRACTORS LLC**  28349 Pleasant Valley Road  Paola, KS 66071 | | | | | | $88,270.10 |
| **RNC DRYWALL**  10230 NW 57th Terrace  Kansas City, MO 64152 | | | | | | $127,385.00 |
| **ROSCH CO, LLC**  18390 Wings Corporate Drive  Chesterfield, MO 63005 | | | **Contingent Unliquidated Disputed** | | | $521,045.30 |
| **SKYLINE STRUCTURAL STEEL LLC**  6817 Stadium Drive  Kansas City, MO 64129 | | | | | | $210,400.00 |

Debtor **Ben F. Blanton Construction, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **STARK TRUSS COMPANY**  3284 PCR 806  Perryville, MO 63775 | | | **Contingent Unliquidated Disputed** | | | $126,380.66 |
| **T & R ELECTRIC**  1720 Scherer Parkway  Saint Charles, MO 63303 | | | | | | $90,627.28 |
| **VEE JAY CEMENT CONTRACTING CO**  8053 Chivvis Drive  Saint Louis, MO 63123 | | | **Contingent Unliquidated Disputed** | | | $119,507.70 |
| **WADDELL CONCRETE**  720 W. Fourth Street  PO Box 747  Eureka, MO 63025 | | | | | | $230,009.09 |