IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| IN RE | ) |
| | ) Case No. 20-43555 |
| Ben F. Blanton Construction, Inc., | ) |
| | ) Chapter 11 |
| Debtor(s). | ) |

## AFFIDAVIT OF PROPOSED ATTORNEY FOR DEBTOR-IN-POSSESSION

STATE OF MISSOURI     )
                      ) ss.
COUNTY OF ST. LOUIS   )

Wendi Alper-Pressman, being first duly sworn, states that:

1. I am an attorney at law duly admitted to practice in the State of Missouri and in the United States District Court for the Eastern District of Missouri.

2. I am employed by the law firm of Lathrop GPM LLP, 7701 Forsyth Blvd., Suite 500, St. Louis, MO 63105. Telephone No.: (31) 613-2800; Facsimile No.:(314) 613-2801; Email: wendi.alper-pressman@lathropgpm.com.

3. To the best of my knowledge, the partners and associates of Lathrop GPM LLP have no connection with the Debtor, it's creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, and represent no interest adverse to the estate in the matters upon which we are to be retained except: Lathrop GPM, LLP has represented Enterprise Bank, from time to time, in discreet tax credit financing matters unrelated to this proceeding.

4. Neither I nor any member of my firm represents any interest adverse to the above-named Debtors, or their estate, in the matters upon which we are to be engaged except: The firm has represented the Debtor prior to the filing of the petition herein in another matter unrelated to this proceeding.

5. Lathrop GPM LLP has received a retainer in the sum of $25,000.00 for services to be rendered in connection with the preparation and filing of the petition, other schedules, statement of financial affairs, plan of reorganization and papers necessary or appropriate in this proceeding.

_____
Wendi Alper-Pressman

32911969v.1

Subscribed and sworn to before me on this 17th day of July, 2020.

_____
Notary Public

My Commission Expires:

Kimberle L. Haegele
Commission #12473518
Notary Public - Notary Seal
STATE OF MISSOURI
St. Louis County
My Commission Expires: April 6, 2024

32911969v.1