**Ben F. Blanton Construction, Inc.**
**Balance Sheet**
**June 30, 2020**

**Assets**

CURRENT ASSETS
| | | |
|---|---|---|
| Cash | $ (133,201.48) | |
| Accounts Receivable | 6,836,559.10 | |
| A/R Retainage | 798,664.34 | |
| A/R - Related Parties | 812,774.38 | |
| Cost > Billings on WIP | 1,137,865.58 | |
| N/R - Current | 133,073.60 | |
| Due From Related Companies | | |
| Prepaid & Reimbursables | 305,201.15 | |
| Total Current Assets | | $ 9,890,936.67 |

FIXED ASSETS
| | | |
|---|---|---|
| Office Furniture & Fixture | $ 286,408.20 | |
| Construction Equipment | 209,665.05 | |
| Autos & Trucks | 585,276.29 | |
| Harbor Place Bldg | 1,620,631.00 | |
| Land - Harbor Place | 106,384.11 | |
| | $ 2,808,364.65 | |
| Less: Accm Depreciation | $ (1,218,944.67) | |
| Net Fixed Assets | | $ 1,589,419.98 |

OTHER ASSETS
| | | |
|---|---|---|
| Note Rec - Related Party | $ 285,647.32 | |
| Due From Affiliates | | |
| Mortgage Receivable | | |
| Deposits | 14,947.68 | |
| Cash Surrender Value Ins | 92,060.66 | |
| Land Held for Investment | 271,478.06 | |
| Total Other Assets | | $ 664,133.72 |

| | | |
|---|---|---|
| Total Assets | | $ 12,144,490.37 |

Confidential:  For Internal Use Only
Report Date:  July 10, 2020

**Ben F. Blanton Construction, Inc.**
**Balance Sheet**
**June 30, 2020**

### Liabilities and Stockholders' Equity

CURRENT LIABILITIES

| | | |
|---|---|---|
| Line of Credit | $ 2,867,308.32 | |
| Accounts Payable | 3,089,561.76 | |
| A/P Retainage | 1,367,523.23 | |
| Billings > Costs on WIP | 52,260.16 | |
| Accrued P/S Contribution | 24,859.70 | |
| Accrued Payroll & Taxes | 6,845.56 | |
| Accrued Expenses | 72,368.21 | |
| Total Current Liabilities | | $ 7,480,726.94 |

LONG-TERM DEBT

| | | |
|---|---|---|
| Sub Debt - Stockholders | $ 1,453,863.08 | |
| Note Pay - Related Party | 4,267,580.52 | |
| Total Long-Term Debt | | $ 5,721,443.60 |
| Total Liabilities | | $ 13,202,170.54 |

STOCKHOLDERS' EQUITY

| | | |
|---|---|---|
| Common Stock | $ 4,985.00 | |
| Add'l Paid In Capital | 286,710.00 | |
| Retained Earnings | (261,254.27) | |
| Net Income | (510,739.90) | |
| Less Treasury Stock | (577,381.00) | |
| Total Stockholders' Equity | | $ (1,057,680.17) |
| | | |
| Total Liabilities & Stockholders' Equity | | $ 12,144,490.37 |

Confidential:  For Internal Use Only
Report Date:  July 10, 2020

**Ben Blanton Construction, Inc.**
**Income Statement**
**For the Period Ended June 30, 2020**

| | Current Month | % | Current Year To Date | % |
|---|---|---|---|---|
| Contract Revenue | $ 1,368,160.86 | 100.00 | $ 12,115,558.34 | 100.00 |
| Cost of Contracts | 831,907.44 | 60.80 | 11,313,119.06 | 93.38 |
| Gross Profit | 536,253.42 | 39.20 | 802,439.28 | 6.62 |
| **GENERAL & ADMIN EXPENSES** | | | | |
| Consulting Fees | $ .00 | .00 | $ 4,079.00 | .03 |
| Accounting Services-Complia | .00 | .00 | 30,239.00 | .25 |
| Legal Fees | (14,882.72) | (1.09) | 68,448.80 | .56 |
| Profit-sharing Plan Expense | .00 | .00 | 3,260.00 | .03 |
| Contributions | .00 | .00 | 200.00 | .00 |
| Depreciation Expense | 4,723.00 | .35 | 37,795.13 | .31 |
| Insurance | 17,192.24 | 1.26 | 71,819.40 | .59 |
| Vehicle Expense | 1,879.46 | .14 | 14,342.00 | .12 |
| Office Supplies | 648.28 | .05 | 657.51 | .01 |
| Office Expense | (494.57) | (.04) | 32,432.72 | .27 |
| Outside Services | 2,644.56 | .19 | 40,007.50 | .33 |
| Bad Debts Expense | .00 | .00 | (1,843.52) | (.02) |
| Rent | 3,250.00 | .24 | 33,000.00 | .27 |
| Utilities | 940.35 | .07 | 7,240.22 | .06 |
| Salaries - Officers | 28,551.56 | 2.09 | 219,898.60 | 1.82 |
| Salaries & Wages | 60,078.84 | 4.39 | 487,906.75 | 4.03 |
| Taxes and Licenses | 686.86 | .05 | 28,871.72 | .24 |
| Employer Payroll Taxes | 22,698.49 | 1.66 | 76,625.49 | .63 |
| Union Fringe Non-Job Cost | 2,979.20 | .22 | 24,666.47 | .20 |
| Office Telephone | 1,190.69 | .09 | 1,378.18 | .01 |
| Mobile Telephones | 2,898.94 | .21 | 12,634.78 | .10 |
| Subscriptions & Cont Ed | .00 | .00 | 16,957.00 | .14 |
| Bidding Expense | 405.84 | .03 | 4,508.69 | .04 |
| Marketing Expense | .00 | .00 | 1,011.02 | .01 |
| Business Travel Expense | 200.00 | .01 | 4,349.42 | .04 |
| Total G & A Expenses | $ 135,591.02 | 9.92 | $ 1,220,485.88 | 10.07 |

Confidential:  For Internal Use Only
Report Date:  July 10, 2020

Ben E. Blanton Construction, Inc.
Income Statement
For the Period Ended June 30, 2020

|  | | Current Month | % | | Current Year To Date | % |
|---|---|---|---|---|---|---|
| OTHER INCOME (EXPENSE) | | | | | | |
| Interest Expense | $ | (12,829.15) | (.94) | $ | (141,735.19) | (1.17) |
| Settlements | | .00 | .00 | | .00 | .00 |
| Misc Income (Expense) | | 3,002.01 | .22 | | 49,041.89 | .40 |
| Total Other Income (Exp) | | (9,827.14) | (.72) | | (92,693.30) | (.77) |
| | | | | | | |
| Income(Loss) Before Taxes | | 390,835.26 | 28.56 | | (510,739.90) | (4.22) |
| | | | | | | |
| Provision for Taxes | $ | .00 | .00 | $ | .00 | .00 |
| | | | | | | |
| Net Income (Loss) | $ | 390,835.26 | 28.56 | $ | (510,739.90) | (4.22) |

Confidential:  For Internal Use Only
Report Date:  July 10, 2020

**Ben F. Blanton Construction, Inc.**
**Income Statement**
**For the Period Ended June 30, 2020**

| | Current Month | % | Same Month Last Year | % | Current Year To Date | % | Last Year To Date | % |
|---|---|---|---|---|---|---|---|---|
| Contract Revenue | $ 1,368,160.86 | 100.00 | $ 4,092,486.62 | 100.00 | $ 12,115,558.34 | 100.00 | $ 18,464,856.62 | 100.00 |
| Cost of Contracts | 831,251.72 | 60.76 | 3,980,483.10 | 97.26 | 11,306,882.47 | 93.33 | 17,496,123.22 | 94.75 |
| Gross Profit - Direct | $ 536,909.14 | 39.24 | $ 112,003.52 | 2.74 | $ 808,675.87 | 6.67 | $ 968,733.40 | 5.25 |
| Job Costs - Indirect | 655.72 | .05 | .00 | .00 | 6,236.59 | .05 | 7,733.98 | .04 |
| Gross Profit | $ 536,253.42 | 39.19 | $ 112,003.52 | 2.74 | $ 802,439.28 | 6.62 | $ 960,999.42 | 5.21 |
| **G & A EXPENSES** | | | | | | | | |
| Consulting Fees | $ .00 | .00 | $ .00 | .00 | $ 4,079.00 | .03 | $ 3,812.50 | .02 |
| Accounting Services-Complian | .00 | .00 | .00 | .00 | 30,239.00 | .25 | 45,018.50 | .24 |
| Legal Fees | (14,882.72) | (1.09) | 7,031.69 | .17 | 68,448.80 | .56 | 100,220.49 | .54 |
| Profit-sharing Plan Expense | .00 | .00 | .00 | .00 | 3,260.00 | .03 | 3,296.00 | .02 |
| Advertising Expense | .00 | .00 | .00 | .00 | .00 | .00 | 420.55 | .00 |
| Contributions | .00 | .00 | .00 | .00 | 200.00 | .00 | .00 | .00 |
| Depreciation Expense | 4,723.00 | .35 | 9,451.13 | .23 | 37,795.13 | .31 | 79,443.07 | .43 |
| Insurance | 6,344.52 | .46 | 6,333.43 | .15 | 53,952.42 | .45 | 37,885.90 | .21 |
| Medical Insurance Expense | 10,847.72 | .79 | 8,772.52 | .21 | 17,866.98 | .15 | 62,745.83 | .34 |
| Vehicle Expense | 1,879.46 | .14 | 4,017.91 | .10 | 14,342.00 | .12 | 28,242.92 | .15 |
| Office Expense | 153.71 | .01 | 2,492.72 | .06 | 33,090.23 | .27 | 36,137.55 | .20 |
| Outside Services | 2,644.56 | .19 | 1,629.87 | .04 | 40,007.50 | .33 | 32,771.87 | .18 |
| Bad Debts Expense | .00 | .00 | .00 | .00 | (1,843.52) | (.02) | .00 | .00 |
| Rent | 3,250.00 | .24 | 9,750.00 | .24 | 33,000.00 | .27 | 26,000.00 | .14 |
| Utilities | 940.35 | .07 | 564.63 | .01 | 7,240.22 | .06 | 6,608.78 | .04 |
| Salaries - Officers | 28,551.56 | 2.09 | 22,635.24 | .55 | 219,898.60 | 1.82 | 188,273.46 | 1.02 |
| Salaries & Wages | 60,078.84 | 4.39 | 52,964.98 | 1.29 | 487,906.75 | 4.03 | 425,111.28 | 2.30 |
| Taxes and Licenses | 686.86 | .05 | 400.00 | .01 | 28,871.72 | .24 | 32,003.16 | .17 |
| Employer Payroll Taxes | 22,698.49 | 1.66 | 5,384.58 | .13 | 76,625.49 | .63 | 49,856.36 | .27 |
| Union Fringe Non-Job Cost | 2,979.20 | .22 | 2,749.40 | .07 | 24,666.47 | .20 | 4,550.92 | .02 |
| Office Telephone | 1,190.69 | .09 | 62.50 | .00 | 1,378.18 | .01 | 218.74 | .00 |
| Mobile Telephones | 2,898.94 | .21 | .00 | .00 | 12,634.78 | .10 | 7,847.27 | .04 |
| Subscriptions & Cont Ed | .00 | .00 | .00 | .00 | 16,957.00 | .14 | 2,134.74 | .01 |
| Bidding Expense | 405.84 | .03 | 464.71 | .01 | 4,508.69 | .04 | 10,692.30 | .06 |
| Marketing Expense | .00 | .00 | 54.07 | .00 | 1,011.02 | .01 | 913.97 | .00 |
| Meals & Entertainment | .00 | .00 | .00 | .00 | .00 | .00 | 397.36 | .00 |
| Business Travel Expense | 200.00 | .01 | .00 | .00 | 4,349.42 | .04 | .00 | .00 |
| Total G & A Expenses | $ 135,591.02 | 9.91 | $ 134,759.38 | 3.27 | $ 1,220,485.88 | 10.07 | $ 1,184,603.52 | 6.40 |
| Operating Income (Loss) | $ 400,662.40 | 29.28 | $ (22,755.86) | (.53) | $ (418,046.60) | (3.45) | $ (223,604.10) | (1.19) |
| **OTHER INCOME (EXPENSE)** | | | | | | | | |
| Interest Income - Taxable | $ .00 | .00 | .00 | .00 | $ .00 | .00 | $ 159,697.22 | .86 |
| Interest Exp - Related Party | (197.02) | (.01) | (3,502.16) | (.09) | (33,138.15) | (.27) | (29,323.04) | (.16) |

**Ben F. Blanton Construction, Inc.**
**Income Statement**
**For the Period Ended June 30, 2020**

| | Current Month | % | Same Month Last Year | % | Current Year To Date | % | Last Year To Date | % |
|---|---|---|---|---|---|---|---|---|
| Interest Exp - LOC | $ (12,632.13) | (.92) | $ (17,270.52) | (.42) | $ (106,552.12) | (.88) | $ (112,779.14) | (.61) |
| Interest Expense | .00 | .00 | .00 | .00 | (2,044.92) | (.02) | .00 | .00 |
| Settlements | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| Misc Income (Expense) | 3,002.01 | .22 | 3,972.32 | .10 | 49,041.89 | .40 | 39,420.87 | .21 |
| Total Other Income (Exp) | (9,827.14) | (.71) | (16,800.36) | (.41) | (92,693.30) | (.77) | 57,015.91 | .30 |
| Income (Loss) Before Taxes | 390,835.26 | 28.57 | (39,556.22) | (.94) | (510,739.90) | (4.22) | (166,588.19) | (.89) |
| Provision for Income Taxes | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| Net Income (Loss) | $ 390,835.26 | 28.57 | $ (39,556.22) | (.94) | $ (510,739.90) | (4.22) | $ (166,588.19) | (.89) |