**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | **Case No. 20-43555-169** |
| **Ben F. Blanton Construction, Inc.,** | ) | |
| | ) | |
| | ) | **Chapter 11** |
| Debtor. | ) | |

## SUBCHAPTER V SCHEDULING ORDER

The above-captioned Debtor has elected to proceed with this case under Subchapter V of Chapter 11 of the U.S. Bankruptcy Code (the "Code"). The Court enters this Initial Scheduling Order to facilitate the efficient administration of this Chapter 11 case and to ensure adequate and proper notice to all affected parties. Accordingly,

**IT IS HEREBY ORDERED:**

1. This case shall be governed by the provisions of Subchapter V of Chapter 11 of the Code unless otherwise ordered by the Court.

2. The Debtor shall comply with Section 1116 of the Code.

3. To the extent the Debtor requires an expedited hearing on cash collateral, debtor in possession financing, prepetition obligations to employees, or similar expedited first-day relief, the Debtor may file a motion requesting the Court shorten the objection deadline and set an expedited hearing on such matters (the "Expedited Motion"). The Debtor shall serve the substantive motions and the Expedited Motion on the Subchapter V Trustee appointed in this case and all parties in interest. The Court will set a hearing on such matters as soon as reasonably practicable under the circumstances of this case.

4. Objections to the Debtor's designation as a small business debtor under the Code must be filed with the Court and served on the Debtor, the Subchapter V Trustee, and parties in interest on or before **August 6, 2020.**

5. The Debtor shall file with the Court and serve on the Subchapter V Trustee and all parties in interest the report required by Section 1188(c) of the Code on or before **August 25, 2020**. The Debtor's report shall include:

   a. A brief description of the Debtor's businesses and operations, if any, and the principal assets and liabilities of each estate;

   b. Brief answers to these questions:

1

i.   What precipitated the bankruptcy filing?

ii.   What does the Debtor hope to accomplish in this Chapter 11 case?

iii.   What are the principal disputes or problems likely to be encountered during the course of the Debtor's reorganization efforts?

iv.   How does the Debtor recommend that these disputes be resolved and why?

v.   Has the Debtor complied with all of its duties under Federal Rules of Bankruptcy Procedure Interim Rule 2015(b), Sections 521, 1184, and 1187 of the Code, and all applicable guidelines of the Office of the United States Trustee? If no, why not?

vi.   Do any parties claim an interest in cash collateral of the Debtor?

vii.   Is the Debtor using cash that any party claims as its cash collateral and, if so, on what date(s) did the Debtor obtain an order authorizing the use of such cash or the consent of such party?

c.   The identity of all professionals retained or to be retained by the estate, the dates on which applications for the employment of such professionals were filed or submitted to the United States Trustee, the dates on which orders were entered in response to such application, if any, and a general description of the type of services to be rendered by each or the purpose of the employment;

d.   In operating cases, evidence regarding projected income and expenses for the first six months of the case;

e.   Proposed deadlines for the filing of claims and objections to claims;

f.   A proposed deadline for filing of a plan of reorganization within the time frame set forth in Section 1189 of the Code, or an explanation of why the Debtor believes that the deadline set forth in Section 1189 of the Code should be extended due to circumstances for which the Debtor should not justly be held accountable;

g.   A discussion of the efforts that the Debtor has undertaken and will undertake to attain a consensual plan of reorganization in the case or an explanation of why the Debtor does not believe that it will be possible for the Debtor to negotiate a consensual plan of reorganization; and

h.   A discussion of any significant unexpired leases and executory contracts to which the Debtor is a party and the Debtor's intentions with regard to these leases and contracts.

6.  The Debtor and the Subchapter V Trustee shall appear at a Status Conference before the Court on **September 8, 2020**, at **10:00 a.m.**, in **Courtroom 7 South**, of the United States Bankruptcy Court located at **111 South Tenth Street, St. Louis, Missouri 63102.**

7.  The Debtor shall file with the Court and serve on all parties in interest a plan of reorganization, as required by Section 1189(b) of the Code, on or before **October 14, 2020**. Any request to extend this 90-day deadline must meet the requirements of Section 1189(b) of the Code and be filed with the Court on or before **September 14, 2020**. The Debtor may amend its plan of reorganization any time before the confirmation hearing in accordance with Section 1193(a) of the Code.

8.  All entities (including, without limitation, individuals, partnerships, corporations, joint ventures, and trusts), with the exception of government entities, that assert a claim against the Debtor that arose or is deemed to have arisen prior to the Petition Date must file a proof of claim so that such proof of claim is actually received by the Clerk of the United States Bankruptcy Court for the Eastern District of Missouri **on or before 11:59 p.m., prevailing Central Time on September 24, 2020.**

9.  All government entities that assert a claim against the Debtor that arose or is deemed to have arisen prior to the Petition Date must file a proof of claim so that such proof of claim is actually received by the Clerk of the United States Bankruptcy Court for the Eastern District of Missouri **on or before 11:59 p.m., prevailing Central Time on January 12, 2021.**

10. A date for a hearing on the confirmation of the Debtor's plan of reorganization shall be established at the Status Conference referenced in Paragraph 6 of the instant order.

11. Copies of all documents filed in accordance with this Scheduling Order shall also be served on both the Subchapter V Trustee and the United States Trustee.

DATED: July 21, 2020                                    BONNIE L. CLAIR
St. Louis, Missouri                                    United States Bankruptcy Judge
mtc

Copies to:

All Creditors and Parties in Interest

3

United States Bankruptcy Court
Eastern District of Missouri

In re:                                                                  Case No. 20-43555-blc
Ben F. Blanton Construction, Inc.                                       Chapter 11
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0865-4        User: admin             Page 1 of 5           Date Rcvd: Jul 21, 2020
                           Form ID: pdfo2           Total Noticed: 253


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 23, 2020.
```
db          +Ben F. Blanton Construction, Inc.,    550 Turner Blvd.,    St. Peters, MO 63376-1082
cr          +Enterprise Bank and Trust,    Enterprise Bank and Trust,    c/o Marshall C. Turner,
             190 Carondelet Plaza,    Suite 600,    St. Louis, MO 63105-3433
intp        +Fidelity and Deposit Company of Maryland,    1400  American Lane,    Schaumburg, IL 60196-0001
24807301    +1st ADVANTAGE BANK,    240 SLAT LICK RD,    Saint Peters, MO 63376-1146
24807302    +A to Z Laminating Specialists,    1 Quality Court,    Wentzville, MO 63385-4854
24807303    +A-1 LIGHTNING PROTECTION,    11519 MOONSTONE CT,    Saint Louis, MO 63146-4211
24807304    +AALCO Wrecking,    1700 N. Lindbergh Blvd.,    Saint Louis, MO 63132-1002
24807306    +ACME Glass Corp,    4243 W Dr Martin Luther King,    Saint Louis, MO 63113-2798
24807309    +AEDIFICA CASE ENGINEERING,    796 MERUS CT,    Fenton, MO 63026-2028
24807310    +AGERS HEATING & AIR CONDITIONING,    64 BOONE HILLS DRIVE,    Saint Peters, MO 63376-2409
24807311    +AJ SHERMAN PLUMBING CO., LLC,    344 Villa Duschene Drive,    Warrenton, MO 63383-3111
24807313    +ALL AMERICAN PAINTING CO,    9400 Irvington Avenue,    Saint Louis, MO 63134-2433
24807305    +Accurate Electric,    512 Marshall Road,    Valley Park, MO 63088-1820
24807307     Acoustical Ceiling Specialists,    9 WEST INDUSTRIAL DR.,    0 Fallon, MO 63366
24807308    +Acoustical Ceilings INc.,    920 Hemsath Road,    Saint Charles, MO 63303-5949
24807312    +Akron Electric Company,    3935 Bayless Ave,    Saint Louis, MO 63125-1437
24807314    +Anderson Electric,    3501 6th St,    Hwy W,    Springfield, IL 62703-4796
24807315     Anderson Engineering,    2014 W. Woodland,    Springfield, MO 65807
24807316    +Apex Construction Systems,    118 NW Business Park Lane,    Riverside, MO 64150-9546
24807319    +BCC Partners LLC,    c/o Joe Nicpon,    5091 Baumgartner Road,    Saint Louis, MO 63129-2821
24807320    +BEDROCK CONCRETE,    19968 W 157TH STREET,    Olathe, KS 66062-3823
24807322    +BEN F. BLANTON CONSTRUCTION,    550 Turner Blvd.,    Saint Peters, MO 63376-1082
24807327    +BIRKEL ELECTRIC,    652 Trade Center Blvd.,    Chesterfield, MO 63005-1227
24807331    +BRAUER SUPPLY COMPANY,    1218 SOUTH VANDEVENTER,    Saint Louis, MO 63110-3808
24807332    +BROTHERS GLASS & GLAZING, LLC,    1036 Liberty Industrial Drive,    O'Fallon, MO 63366-1961
24807317    +Baxter Farm & Nurseries,    3411 CREVE COEUR MILL ROAD,    Saint Louis, MO 63146-2121
24807318    +Bazan Painting,    1273 North Price Road,    Saint Louis, MO 63132-2303
24807321     Bell Masonry,    4121 83rd Street, Suite 151,    Mission, KS 66205
24807323    +Berkeley Lumber,    9330 Natural Bridge Road,    Saint Louis, MO 63134-3151
24807324    +Bermann Rosco Plumbing,    56 Empire Drive,    Belleville, IL 62220-3415
24807325    #+Bethalto Glass,    223 S. Prairie,    PO Box 30,    Bethalto, IL 62010-0030
24807326    +Bi-State Fire Protection,    241 Hughes Lane,    Saint Charles, MO 63301-3258
24807328    +Bohn Contracting,    3808 Rooster Ridge Lane,    Defiance, MO 63341-2020
24807329    +Boss,    6375 Cedar Springs Road,    Cedar Hill, MO 63016-1613
24807330    +Boyer Fire Protection,    5555 West Park Avenue,    Saint Louis, MO 63110-1852
24807333    +Bucheit Concrete,    835 Westwood Industrial Park Drive,    Sutie 201,
             Saint Charles, MO 63304-4581
24807334    +Buchholz Interiors,    58 Algana Court,    Saint Peters, MO 63376-3971
24807335    +Budget Glass & Door,    1378 Ferguson Avenue,    Saint Louis, MO 63133-1500
24807336    +Budrovich Contracting,    10328 Lake Bluff Drive,    Saint Louis, MO 63123-7244
24807337    +Builder's Bloc Contracting,    #1 McBridge & Son Center Drive,    Chesterfield, MO 63005-1425
24807338    +Building Erection Services,    3801 Raytown Road,    Kansas City, MO 64129-2270
24807339    +C & B PAVING, INC.,    139 Brown Road,    Saint Peters, MO 63376-5600
24807344    +CARPENTERS BENEFIT OFFICE,    1419 HAMPTION AVE,    Saint Louis, MO 63139-3105
24807345    +CCIMW,    1810 Scherer Parkway,    Saint Charles, MO 63303-3822
24807346    +CHELTENHAM CONSTRUCTION SERVICES,    PO Box 1654,    Washington, MO 63090-8654
24807349    +CITY ELECTRIC SUPPLY,    PO Box 1006,    Wilbraham, MA 01095-7006
24807351    +COMARCO, ST LOUIS, INC,    255 Northwest Blvd.,    Fenton, MO 63026-5396
24807340    +Camp Electric & Heating,    3133 Washington Avenue,    Alton, IL 62002-5473
24807341    +Capital Signs & Auwnings,    902 NW Main Street,    Bunkie, LA 71322-1517
24807343    +Carlsons Barnwood Company,    8066 North 1200 Avenue,    Cambridge, IL 61238-9212
24807347    +Chic Lumber,    PO Box 490,    Saint Peters, MO 63376-0009
24807350    +City Wide Sheet Metal,    2820 Roe Lane,    Suite G,    Kansas City, KS 66103-1560
24807353    +DREXEL TECHNOLOGIES,    60 PROGRESS PKWY,    Maryland Heights, MO 63043-3706
24807354    +DUBOIS CONSTRUCTION,    8312 E. 104th Terrace,    Kansas City, MO 64134-2116
24807352    +Division 4 Masonry,    PO Box 24125,    Overland Park, KS 66283-4125
24807355    +Duronotic Door,    132 Workman Court,    Eureka, MO 63025-1079
24807356    +E L Pruitt,    PO Box 3306,    Springfield, IL 62708-3306
24807357    +E Meier Contracting,    860 Westwood Industrial Court,    Saint Charles, MO 63304-4580
24807358    +EDWARDS STEEL SOLUTIONS,    4728 SPOTTSWOOD AVE, #127,    Memphis, TN 38117-4817
24807359    +EKON BENEFITS,    4940 WASHINGTON BLVD,    Saint Louis, MO 63108-1621
24807360    +ELASTIZELL,    PO Box 267,    Valley Park, MO 63088-0267
24807361    +EMCO Refrigeration,    10200 Page Industrial Blvd.,    Saint Louis, MO 63132-1314
24807362    +EMPIRE FENCE & CUSTOM IRON WORKS,    4001 Taft Ave.,    Saint Louis, MO 63116-2413
24807366     ENTERPRISE RENT A CAR,    11820 LACKLAND RD,    Saint Louis, MO 63146-4206
24807368     EVERGY, INC,    PO BOX 418679,    Kansas City, MO 64141-9679
24807363    +Engineering Solutions,    50 SE 30th Street,    Lees Summit, MO 64082-2530
24807364    +Enskat Mechanical,    604 N. Main Street,    Smithton, IL 62285-1520
24807367    +Evans-Mason,    1021 South Grand Avenue,    Springfield, IL 62703-2693
24807369    +FABICK CAT,    1 FABICK DRIVE,    Fenton, MO 63026-2986
24807373    +FENCE & DECK DEPOT,    1432 SOUTH DR,    Saint Charles, MO 63303-3971
24807374    +FINCH PLUMBING CO., INC.,    13160 Taussig Avenue,    Bridgeton, MO 63044-1097
24807377    +FLOORING SYSTEMS,    4130 Meramec Bottom Road,    Saint Louis, MO 63129-2127
```

District/off: 0865-4          User: admin                Page 2 of 5          Date Rcvd: Jul 21, 2020
                             Form ID: pdfo2              Total Noticed: 253


24807378        +FOREMAN FABRICATION,   4605 MCREE AVE,   Saint Louis, MO 63110-2239
24807380        +FRISELLA NURSERY,   550 HWY F,   Defiance, MO 63341-2208
24807371        +Fatboy Electric,   PO Box 300198,   Kansas City, MO 64130-0198
24807372        +Federal Steel & Erection,   206 E. Alton Ave.,   East Alton, IL 62024-1464
24807375        +Fischer Mechanical,   4053 Ramona Lane,   Saint Charles, MO 63304-6705
24807376        +Fixture Concepts,   1110 Mid Rivers Industrial Drive,   Saint Peters, MO 63376-3987
24807379        +Friend Acoustical Ceiling,   7696 Jim Weber Road,   Eureka, MO 63025-2740
24807381        +Fronabarger Plastering,   PO Box 137,   High Ridge, MO 63049-0137
24807382        +G&G Resinous Flooring,   PO Box 26,   Bonnots Mill, MO 65016-0026
24807383        +GARTLAND INC,   7927 BIG BEND BLVD,   Saint Louis, MO 63119-2703
24807388        +GOLEY INSULATION, INC. PO Box 309,   1707 Bluffview Drive,   Dupo, IL 62239-1488
24807384        +Geissler Roofing,   612 S. 3rd Street,   Belleville, IL 62220-2524
24807385        +George Weis Co,   101E. White,   Millstadt, IL 62260-1541
24807386        +Geotechnology,   11816 Lackland Road Suite 150,   Saint Louis, MO 63146-4263
24807387        +Glasstek Glazing,   26 Patmos,   Saint Peters, MO 63376-3903
24807457        +Godfrey, IL 62035,   MUELLER PROST PC,   7733 FORSYTH BLVD,   SUITE 1200,
                  Saint Louis, MO 63105-1808
24807389        +H & H SHEET METAL,   411 ST LOUIS AVE,   Valley Park, MO 63088-1823
24807390        +H&M Backhoe Service,   1522 Morgan Street,   Belleville, IL 62226-1756
24807394        +HOLT ELECTRICAL SUPPLIES,   1718 W TERRA LN,   0 Fallon, MO 63366-2310
24807395        +HORTON AUTOMATICS,   4242 BALDWIN BLVD,   Corpus Christi, TX 78405-3399
24807398        +HYDE SHEET METAL,   10712 Kahlmeyer,   Saint Louis, MO 63132-1621
24807391        +Harbinger Concrete,   1520 E Douglas Ave Ste 100,   Wichita, KS 67214-4107
24807392        +Hauser Mechanical,   1430 Mid Rivers Industrial Drive,   Saint Peters, MO 63376-3981
24807393        +Hayden Wrecking,   4201 St. Clair Ave,   East Saint Louis, IL 62203-1089
24807397        +Hyatt Excavating & Paving,   523S. Virginia Ave.,   Belleville, IL 62220-3684
24807400        +INTEGRITY CONCRETE CUTTING,   1195 N MADISON AVE,   Greenwood, IN 46142-4313
24807399        +Icon Constrctuion Services,   8220 Brentwood Industrial Drive,   Saint Louis, MO 63144-2815
24807403        +JACOBSMEYER CONSTRUCTION COMPANY,   18118-P CHESTERFIELD AIRPORT RD,
                  Chesterfield, MO 63005-1124
24807404        +JAHNSEN MASONRY CONTRACTORS,   PO Box 379,   Cedar Hill, MO 63016-0379
24807406        +JDS MASONRY,   50 KARYDAN ST,   Saint Charles, MO 63301-8064
24807407        +JK Woods Coatings,   16359 Trower Oaks Trail,   Wright City, MO 63390-4229
24807410        +JW TERRILL -,   MARSH & MCLENNAN,   PO BOX 505311,   Saint Louis, MO 63150-5311
24807408        +Joiner Sheet Metal,   205 Madison Street,   Highland, IL 62249-1318
24807409        +Jones Custom Supply,   PO Box 127,   211 W. Mains Street,   Sheldon, MO 64784-2514
24807411        +K & K SUPPLY,   535 N HWY DR,   Fenton, MO 63026-2541
24807412        +K&E Flatwork,   5100 NW Waukomis Drive, Ste. H,   Kansas City, MO 64151-3516
24807415        +KARSTEN PLUMBING,   148 CHESTERFIELD INDUSTRIAL BLVD, #A,   Chesterfield, MO 63005-1225
24807416        +KAW Valley Companies,   5600 Kansas Ave.,   Kansas City, KS 66106-1147
24807417        +KB INSTALL,   1702 W TERRA LANE,   0 Fallon, MO 63366-2310
24807418        +KC Cleaning Services,   208 W Olive Street,   Raymore, MO 64083-9263
24807420        +KINNEY CONTRACTORS,   19342 E FRONTAGE RD,   Raymond, IL 62560-5061
24807413        +Kane Fire Protection,   170 E. Alton Avenue,   East Alton, IL 62024-1443
24807414        +Kardell Plumbing,   5624 South Compton,   Saint Louis, MO 63111-1908
24807419        +Kelly Glass,   2400 SW Adams,   Peoria, IL 61602-1807
24807421        +LABORMAX STAFFING,   PO BOX 900,   Kearney, MO 64060-0900
24807425        +LIBERTY FENCE,   325 MACARTHUR DR,   Cottage Hills, IL 62018-1102
24807426        +LINDBERG WATERPROOFING,   8801 NATURAL BRIDGE RD,   Saint Louis, MO 63121-3933
24807430       #+LONNIE JERRY ONEAL,   7 SIEGEL CT,   Wellington, NV 89444-9524
24807422        +Lami Wood Products,   #1 Lami Industrial Drive,   Saint Charles, MO 63304-5500
24807423        +Landgrebe Interior Construction,   2855 Singer Avenue,   Springfield, IL 62703-2132
24807424        +Langhauser Sheet Metal,   120 Matter Drive,   Highland, IL 62249-1271
24807427        +Lion Petroleum,   Alliance Petroleum,   4251 Lindell Blvd.,   Saint Louis, MO 63108-2915
24807428        +Little Joe's Asphalt,   PO Box 516,   Bonner Springs, KS 66012-0516
24807429        +Locknet,   100 Courchell Drive,   Nicholasville, KY 40356-1067
24807431        +Lumenomics,   8333 Green Meadows Drive,   Suite B,   Lewis Center, OH 43035-8497
24807432        +M. TAYLOR TRUCKING,   4154 TENTCHLER STATION RD,   Belleville, IL 62221-7712
24807433       #+MAAG GEOTECHNICAL SERVICES,   11159C TOWNE SQUARE,   Saint Louis, MO 63123-7899
24807434        +MAR-II CONCRETE COMPANY,   220 INTERSTATE DRIVE Suite 105,   Wentzville, MO 63385-4723
24807436        +MARSH & MCCLENNON AGENCY,   PO BOX 505311,   Saint Louis, MO 63150-5311
24807437         MARSH RISK CONSULTING,   MARSH & MCLENNAN AGENCY, LLC,   PO BOX 505311,
                  Saint Louis, MO 63150-5311
24807440         MATHENY HEATING AND COOLING,   6317 OLIVE STREET ROAD,   Saint Louis, MO 63130
24807441        +MATTHEW E. KURTZ NURSERY & TOP,   2312 Steamboat Hollow Lane,   Glencoe, MO 63038-1188
24807443        +MCDONNELL BUILDING SEALANTS,   10 St. Ann Court,   Old Monroe, MO 63369-2344
24807445        +MCI Mechanical Contractors,   10431 E Watson Road,   Saint Louis, MO 63127-1449
24807450        +MILLER GLASS & GLAZING,   100 Park Central Blvd South,   Pompano Beach, FL 33064-2138
24807453        +MJ PRODUCTS COMPANY,   403 Biltomore Drive,   Fenton, MO 63026-4613
24807455        +MOBILE MINI,   P.O. Box 650882,   Dallas, TX 75265-0882
24807435        +Marschel Wrecking,   1601 Larkin Williams Road,   Fenton, MO 63026-2404
24807438        +Martin Heck Brick,   8066 North 1200 Avenue,   Cambridge, IL 61238-9212
24807439        +Martin Steel Fabrication,   508 South Railway,   Mascoutah, IL 62258-2334
24807442        +Mayes Plumbing,   501 S. McCleary Road,   Suite A,   Excelsior Springs, MO 64024-9396
24807444        +McFry Excavating,   121 Creve Coeur Ave.,   Ballwin, MO 63011-4037
24807446        +Merlo Plumbing,   11041 Gravois Industrial Drive,   Saint Louis, MO 63128-2012
24807448        +Midwest Glass & Glazing,   3909 Mission Road,   Kansas City, KS 66103-2749
24807449        +Midwest Service Group,   560 Turner Blvd.,   Saint Peters, MO 63376-1082
24807452        +Missouri Division of Employment Security,   PO Box 59,   Jefferson City, MO 65104-0059
24807458        +NEGWER MATERIALS,   49 Airport Rd.,   Saint Louis, MO 63135-1933

```
District/off: 0865-4          User: admin              Page 3 of 5             Date Rcvd: Jul 21, 2020
                              Form ID: pdfo2            Total Noticed: 253


24807462      NORTHWESTERN MUTUAL,   720 EAST WISCONSIN AVE,   Milwaukee, WI 53202-4797
24807463     +NYSTROM BUILDING PRODUCTS,   9300 73RD AVE N,   Minneapolis, MN 55428-1013
24807459     +Neumayer Equipment,   PO Box 419161,   Saint Louis, MO 63141-9161
24807460     +Next To Nature Landscape,   11785 Conley Street,   Olathe, KS 66061-9501
24807461     +Niehaus Construction,   4151 Sarpy Avenue,   Saint Louis, MO 63110-1791
24807464     +O J Laughlin Plumbing,   306 St. Louis Avenue,   Valley Park, MO 63088-1724
24807465     +O Voorhees Painting,   575 Rudder Road,   Fenton, MO 63026-2046
24807466     +OFFICE DEPOT,   PO Box 88040,   Chicago, IL 60680-1040
24807467     +OFFICE SOURCE INC.,   719 Rudder Road,   Fenton, MO 63026-2014
24807468     +OLD MONROE LUMBER,   1380 MEIER RD,   Old Monroe, MO 63369-2413
24807469      Orf ' s Drywall Systems,   PO Box 406,   Wentzville, MO 63385
24807471     +PALMYRA. PROFESSIONAL LAWN,   1939 WENTZVILLE PARKWAY, #335,   Wentzville, MO 63385-3424
24807473     +PERFECTION STEEL ERECTION,   1334 Lonedell Road,   Arnold, MO 63010-1017
24807478     +PRECISION COMPANY,   8407 Pinehurst Dr.,   Tampa, FL 33615-1532
24807480     +PREMIER POOLS & SPAS,   700 CROWN INDUSTRIAL CT, UNIT M,   Chesterfield, MO 63005-1126
24807481     +PRIME BUILDING AND CONSTRUCTION,   7777 Bonhomme Avenue,   Suite 2010,
               Saint Louis, MO 63105-1931
24807488     +PYROTECH,   9483 Dielman Rock Island Industrial Dr.,   Saint Louis, MO 63132-2101
24807474     +Phaze One Electric,   19980 W 162nd St,   Olathe, KS 66062-2787
24807475     +Pickett Ray & Silver,   22 Richmond Center Court,   Saint Peters, MO 63376-5973
24807476     +Piper Construction,   1900 NW South Other Road, Ste. 20,   Blue Springs, MO 64015-2953
24807477      Pollock Landscaping,   12101 Hwy 72,   Ironton, MO 63650
24807479     +Premier Contracting,   3940 S Ferree Street,   Kansas City, KS 66103-1717
24807482     +Pristine Clean,   34 Jacobs Court East,   Saint Peters, MO 63376-7797
24807483     +Pro Design Contractors,   28349 Pleasant Valley Road,   Paola, KS 66071-4301
24807484     +Professional Irrigation Systems,   304 TCW Court,   Lake Saint Louis, MO 63367-4266
24807485     +Professional Service Industries,   PO Box 74008418,   Chicago, IL 60674-8418
24807486     +Profile Cabinet & Design,   7400 E. 12th Street,   Kansas City, MO 64126-2367
24807487     +Pyramid Electric,   300 Monticello Place,   Fairview Heights, IL 62208-1323
24807489     +QMI,   PO Box 775430,   Chicago, IL 60677-5430
24807490     +Queen City Awning,   7225 East Kemper Road,   Cincinnati, OH 45249-1030
24807491     +R & B CLEANING, LLC,   2938 Aintree,   Saint Charles, MO 63303-6015
24807492     +R&F Tile & Marble,   1372 Timothy Ridge Drive,   Saint Charles, MO 63304-3437
24807493     +R.P. LUMBER CO., INC,   3523 Highway 162,   Granite City, IL 62040-6169
24807495     +RED CEDAR STEEL,   4621 Domain Drive,   Menomonie, WI 54751-2379
24807496     +REGENCY CONTRACTORS,   818 Lonestar Drive,   0 Fallon, MO 63366-1950
24807498     +REHKEMPER & SON,   17817 St. Rose Road,   Breese, IL 62230-2503
24807499     +RELIABLE FIRE SYSTEMS, INC.,   6636 S. Highway 97,   Sapulpa, OK 74066-8803
24807500     +RICHARDS CONST COMPANY,   4910 GARDNER AVE,   Kansas City, MO 64120-1927
24807501     +RM Nelson,   27 Carnation,   Belleville, IL 62221-4312
24807502     +RNC Drywall,   10230 NW 57th Terrace,   Kansas City, MO 64152-3393
24807504     +ROSCH CO, LLC,   18390 Wings Corporate Dr,   Chesterfield, MO 63005-4023
24807505     +RSC ELECTRIC,   4440 S HIGH SCHOOL RD., SUITE A,   Indianapolis, IN 46241-6402
24807494     +Raymond Construction,   1652 Dave Valley Way,   0 Fallon, MO 63366-4654
24807497     +Region Welding,   #4 Truman Court,   Union, MO 63084-2922
24807503     +Roll-A-Shade,   12101 Madera Way,   Riverside, CA 92503-4849
24807506     +S&S Exteriors,   991 Cedar Hills Street,   Olathe, KS 66061-5120
24807507     +SCALLY WATERPROOFING,   7258 DEVAONSHIRE AVE,   Saint Louis, MO 63119-3492
24807508     +SCHINDLER ELEVATOR CORP,   PO Box 70433,   Chicago, IL 60673-0433
24807509     +SENNECA HOLDINGS,   11502 CENTURY BLVD,   Cincinnati, OH 45246-3305
24807511     +SMITHPRO COMMERCIAL PAINTING,   1612 FAIRVIEW AVE,   Saint Louis, MO 63132-1304
24807515     +ST. LOUIS SHEETMETAL CORP,   3302 Woodson Raod,   Saint Louis, MO 63114-4719
24807516     +ST. LOUIS STEEL CONSTRUCTION,   PO Box 1782,   Washington, MO 63090-8782
24807518     +STATELINE 77, LLC,   C/O Randi Lefko,   4520 Maidson Ste. 300,   Kansas City, MO 64111-3541
24807519     +STL Glazing,   1039 Liberty Industrial Drive,   0 Fallon, MO 63366-1927
24807520     +STL Pest Control,   500 Rudder Road,   Fenton, MO 63026-2011
24807521     +STOCK & ASSOCIATES,   257 CHESTERFIELD BUSINESS PARKWAY,   Chesterfield, MO 63005-1241
24807522     +STONE, LEYTON & GERSHMAN,   7733 FORSYTH BLVD, SUITE 500,   Saint Louis, MO 63105-1817
24807523     +STRATUS BUILDING SOLUTIONS,   1976 INNERBELT BUSINESS CENTER DR,   Saint Louis, MO 63114-5760
24807510     +Skyline Structural Steel,   6817 Stadium Drive,   Kansas City, MO 64129-1860
24807512     +Square One Ceilings,   3664 Roads End Acres,   Imperial, MO 63052-1828
24807513     +St. Charles Engieering,   801 S. Fifth Street,   Suite 202,   Saint Charles, MO 63301-2973
24807514      St. Louis Roofing,   1700 Olive Street,   Saint Louis, MO 63103
24807517     +Stark Truss,   3284 PCR 806,   Perryville, MO 63775-7187
24807524     +Stress-Cast,   PO Box 126,   Assaria, KS 67416-0126
24807525     +Structural System II,   3257 W. Osage,   Pacific, MO 63069-3445
24807526     +Stutte Tile,   9807 Tesson Creek Estats Drive,   Saint Louis, MO 63123-6295
24807527     +Summit Concrete,   2330 NE Independnce Ave.,   Lees Summit, MO 64064-2320
24807528     +Superior Truss & Panel,   7592 Melton Road,   Gary, IN 46403-3147
24807529     +T&R Electric,   1720 Scherer Parkway,   Saint Charles, MO 63303-3820
24807531     +TERRACON CONSULTANTS INC,   PO Box 959673,   Saint Louis, MO 63195-9673
24807532     +TERRIL & COMPANY,   10777 Sunset Office Dr,   Saint Louis, MO 63127-1040
24807534     +THE STERLING COMPANY,   5055 BAUMGARTNER RD,   Saint Louis, MO 63129-2821
24807537     +TRADESMEN INTERNATIONAL,   11131 S TOWNE SQUARE, SUITE E,   Saint Louis, MO 63123-7817
24807538     +TRUE NORTH OUTDOORS,   2405 MERRIAM LN,   Kansas City, KS 66106-4601
24807539     +TYCOUR KITCHEN AND BATH,   730 MADISON AVE,   Madison, IL 62060-1313
24807530     +Temp-Con,   PO Box 7047,   Group S,   Indianapolis, IN 46207-7047
24807533     +The Paintsmiths of Missouri,   1612 Fairview Avenue,   Saint Louis, MO 63132-1304
24807535     +Tipton Concrete Construction,   2401 Timber Creek,   Saint Jacob, IL 62281-1060
24807536     +Todco Mechanical,   1260 SE Centrury Drive,   Lees Summit, MO 64081-3286
```

```
District/off: 0865-4              User: admin              Page 4 of 5              Date Rcvd: Jul 21, 2020
                                 Form ID: pdfo2           Total Noticed: 253
```

```
24807542        +UNUM Life Insurance,   PO BOX 530581,   Atlanta, GA 30353-0581
24807543        +VEE JAY CEMENT CONTRACTING,   8053 CHIVVIS DR,   Saint Louis, MO 63123-2333
24807544        +VGP UTILITY CONTRACTING INC,   703 E. Veterens Memorial Hwy,   Warrenton, MO 63383-1211
24807546        +WALT SCHNEIDER,   2235 BASTEAN ROAD,   Wentzville, MO 63385-2204
24807548        +WASTE CONNECTIONS OF MISSOURI,   196 NW Industrial Ct.,   Bridgeton, MO 63044-1276
24807549        +WEHMEYER FARMS,   680 Himmel Road,   Moscow Mills, MO 63362-1842
24807551         WEX BANK,   PO BOX 4337,   Carol Stream, IL 60197-4337
24807545        +Waddell Concrete,   420 W. Fourth Stret,   PO Box 747,   Eureka, MO 63025-0747
24807547        +Warrenton Steel,   22280 West Veterans Memorial Pkwy,   Warrenton, MO 63383-5298
24807550        +Westhues Construction,   3963 Huster Road,   Saint Charles, MO 63301-7304
24807552         Wies Drywall & Construction,   11767 Lackland Williams Road,   Fenton, MO 63026
24807553        +Wilko Construction,   14300 E US 40 Highway Suite 2,   Kansas City, MO 64136-1188
24807554        +William G Cocos Co,   738 Lemay Ferry Road,   Saint Louis, MO 63125-1428
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
24807405        E-mail/Text: AcctRecv@cejarrell.com Jul 22 2020 03:17:51      JARRELL CONTRACTING,
                 4208 Rider Trail North,   Earth City, MO 63045
24807348        E-mail/Text: Bankruptcy.RI@Citizensbank.com Jul 22 2020 03:17:55      CITIZENS ONE AUTO FINANCE,
                 PO Box 42113,   Providence, RI 02940
24807365        +E-mail/Text: legaltracking@enterprisebank.com Jul 22 2020 03:18:15      ENTERPRISE BANK & TRUST,
                 150 N. Meramec,   Saint Louis, MO 63105-3874
24807370        E-mail/Text: DFAS.bankruptcynotices@dss.mo.gov Jul 22 2020 03:18:18
                 FAMILY SUPPORT PAYMENT CENTER,   PO BOX 109001,   Jefferson City, MO 65110-9001
24807401        E-mail/Text: sbse.cio.bnc.mail@irs.gov Jul 22 2020 03:17:59      Internal Revenue Service,
                 Centralized Insolvency Operation,   P.O. Box 21126,   Philadelphia, PA 19114
24807342        E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 22 2020 03:34:26      CARDMEMBER SERVICES,
                 PO BOX 6294,   Carol Stream, IL 60197-6294
24807454        +E-mail/Text: ecfnotices@dor.mo.gov Jul 22 2020 03:17:53      MO DEPARTMENT OF REVENUE,
                 301 WEST HIGH STREET,   Jefferson City, MO 65101-1517
24807451        +E-mail/Text: ecfnotices@dor.mo.gov Jul 22 2020 03:17:53      Missouri Department of Revenue,
                 Attn: Bankruptcy Unit,   P.O. Box 475,   Jefferson City, MO 65105-0475
24807470        +E-mail/Text: mhill@pacvan.com Jul 22 2020 03:18:10      PAC-VAN,   9155 Harrison Park Ct.,
                 Indianapolis, IN 46216-2108
24807472        E-mail/Text: ally@ebn.phinsolutions.com Jul 22 2020 03:17:52      PAYMENT PROCESSING CENTER,
                 PO BOX 9001951,   Louisville, KY 40290-1951
24807540        +E-mail/PDF: sluna@ur.com Jul 22 2020 07:50:41      UNITED RENTALS (NORTH AMERICA),
                 PO Box 840514,   Dallas, TX 75284-0514
24807541        +E-mail/Text: bankruptcy@unum.com Jul 22 2020 03:17:48      UNUM LIFE INS CO,   2211 Congress St.,
                 Portland, ME 04122-0003
                                                                                      TOTAL: 12
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
24807456        Morrissey Contracting,   703 Southmoor Place,   PO Box 67
24807402*     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                 (address filed with court:   INTERNAL REVENUE SERVICE,   Ogden, UT 84201-0005)
24807568*       Internal Revenue Service,   P.O. Box 7346,   Philadelphia PA 19101-7346
24807396      ##+Hubert Plumbing & Heating,   1609 North Belt East,   Belleville, IL 62221-5000
24807447      ##+MIDWEST AUDIO SPECIALIST,   180 CHESTERFIELD INDUSTRIAL BLVD,   Chesterfield, MO 63005-1220
                                                                         TOTALS: 1, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2020                              Signature:  /s/Joseph Speetjens

```
District/off: 0865-4        User: admin           Page 5 of 5            Date Rcvd: Jul 21, 2020
                           Form ID: pdfo2         Total Noticed: 253
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 21, 2020 at the address(es) listed below:
              Carol Z. Smith    on behalf of Interested Party    Fidelity and Deposit Company of Maryland
               csmith@gh-ks.com,  dkennedy@gh-ks.com
              Daniel J. Casamatta    USTPRegion13.SL.ECF@USDOJ.gov
              Marshall C. Turner    on behalf of Creditor    Enterprise Bank and Trust
               marshall.turner@huschblackwell.com,
               gail.sinnett@huschblackwell.com;marshall-turner-8668@ecf.pacerpro.com
              Matthew W Geary    on behalf of Interested Party    Fidelity and Deposit Company of Maryland
               mgeary@dysarttaylor.com,  sdonovan@dysarttaylor.com
              Seth A Albin    albintrustee@albinlawstl.com,
               assist@albinlawstl.com;salbin@ecf.axosfs.com;mthal@albinlawstl.com
              Wendi S. Alper-Pressman    on behalf of Debtor    Ben F. Blanton Construction, Inc.
               wpressman@lathropgage.com,  jbuchheit@lathropgage.com,stlfilings@lathropgage.com,
                                                                                    TOTAL: 6
```