**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| In Re: ) | Case No. 20-43555-169 |
| ) | Chapter 11 |
| Ben F. Blanton Construction, Inc. ) | |
| ) | Hearing Date: July 22, 2020 |
| Debtor. ) | Hearing Time: 2:00 p.m. |
| ) | Hearing Location: Courtroom 7 South |
| ) | |
| ) | Re:  Doc. No. 15 |

**ORDER DENYING DEBTOR'S MOTION FOR ENTRY OF AN ORDER
AUTHORIZING THE RETENTION AND COMPENSATION OF CERTAIN
PROFESSIONALS UTILIZED IN THE ORDINARY COURSE OF BUSINESS**

This matter came before the Court upon the Motion of Ben F. Blanton Construction, Inc., debtor and debtor-in-possession in the above-captioned case (the "Debtor") requesting entry of an order (this "Order") pursuant to sections 105, 327, 328, 330, and 331 of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2014(a), 6003, and 6004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2014(A) of the Local Rules of Bankruptcy Procedure for the Eastern District of Missouri (the "Local Bankruptcy Rules") (a) authorizing procedures for the retention and compensation of certain professionals employed by the Debtor in the ordinary course of business (the "Ordinary Course Professionals"), without the need for each Ordinary Course Professional to file formal applications for retention and compensation and (b) granting related relief.  This Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and Rule 81-9.01(B)(1) of the Local Rules of the United States District Court for the Eastern District of Missouri; venue of the Debtor's Chapter 11 case and the Motion [**Dkt. 15**] in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); proper and adequate notice of the Motion has been given and that no other or further notice is necessary; a hearing having been held to consider the relief requested in the Motion; and upon the record of the hearing and all of

32938396v.1

the proceedings had before the Court, the Court having found and determined that the granting of such Motion is not necessary given the size and complexity of the Debtor's case and the relatively small number of professionals to be retained in this matter, after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion is DENIED.

2. The relief requested in the Motion **is denied** and additional professionals engaged by the Debtor in this case, if necessary, shall be employed pursuant to the provisions of 11 U.S.C. § 327 and compensated only upon application pursuant to 11 U.S.C. § 330.

3. Not later than two (2) business days after entry of this Order, the Debtor shall serve a copy of this Order on all necessary parties and shall file a certificate of service no later than twenty-four (24) hours after service.

DATED: July 28, 2020  
St. Louis, Missouri  
mtc

BONNIE L. CLAIR  
United States Bankruptcy Judge

Order Prepared By:  
Wendi Alper-Pressman (32906)  
Pierre Laclede Center  
7701 Forsyth Boulevard, Suite 500  
Clayton, Missouri 63105  
Telephone:   314.613.2800  
Telecopier:   314.613.2801

2

32938396v.1