# Memorandum

**Office of the United States Trustee**

Thomas F. Eagleton U. S. Courthouse
111 South 10th Street, Suite 6353
St. Louis, MO 63102
(314) 539-2976; FAX 539-2990

---

| | |
|---|---|
| **SUBJECT:** | **DATE:** July 29, 2020 |
| Chapter 11 Creditors' Meetings | |

---

TO:   Debtor's Counsel                           FROM: /s/ Paul A. Randolph
                                                 Assistant U. S. Trustee

   Office of General Counsel
   Missouri Department of Revenue

   The following Chapter 11 case is set for hearing pursuant to 11 U.S.C. §341 on the date, time, and location indicated below.

   Pursuant to Local Bankruptcy Rule 2002-2, the notice of commencement of case and meeting of creditors will be sent by the Court unless a party is authorized by the Court to provide said notice.

**§341 Meeting of Creditors** – August 21, 2020 at 10:00 a.m.
**U. S. Trustee Trial Attorney** – Joseph Schlotzhauer

**Re:**
Ben F. Blanton Construction, Inc., **Case No.** 20-43555-B169

**Location:**

[✓]   Via telephonic conference: Dial Conference Line: 1-866-705-0185, Participant Code: 7914594

[ ]   City Council Chambers, City Hall, 401 Independence St., Cape Girardeau, Missouri

[ ]   Hannibal, U. S. Courthouse, 8th and Broadway, Room 260, Hannibal, MO 63401